IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-0016-WYD-MJW

MARK IRLANDA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION FOR AN ORDER
RESCHEDULING THE AUGUST 16 SETTLEMENT CONFERENCE
(DN 14)**
_____

    The Court having reviewed Defendant's unopposed Motion for an order rescheduling the August 16, 2011 Settlement Conference, being duly advised in the premises, and for good cause shown, DOES HEREBY GRANT the Motion.

    It is hereby ORDERED that the Settlement Conference set on August 16, 2011, at 10:00 a.m. is VACATED and RESET on October 3, 2011, at 1:30 p.m. Confidential settlement statements shall be submitted to the court on or before September 28, 2011.

    DONE ON THIS 8th DAY OF AUGUST, 2011.

                                                    By the Court:

                                                  s/MICHAEL J. WATANABE

                                                  Magistrate Judge Michael J. Watanabe