IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-0016-WYD-MJW

MARK IRLANDA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

---

**ORDER RE: UNOPPOSED MOTION TO ALLOW DEPOSITION OF
PLAINTIFF MARK IRLANDA PURSUANT TO FED. R. CIV. P. 30(a)(2)**
( Docket no. 17 )

---

This matter comes before the Court on Defendant's Unopposed Motion to Allow Deposition of Plaintiff Mark Irlanda Pursuant to Fed. R. Civ. P. 30(a)(2) filed September 2, 2011. The Court hereby Orders as follows:

The Motion is granted. Defendant is hereby permitted to take the deposition of Plaintiff Mark Irlanda on September 29, 2011, at 9:00 a.m. at the Colorado Territorial Correctional Facility. *

DATED THIS 7th day of September, 2011.

BY THE COURT:

/s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

* The parties shall comply with all Rules and Regulations at the Colorado Territorial Correctional Facility in setting and taking the Deposition of Plaintiff Mark Irlanda.