IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-0016-WYD-MJW

MARK IRLANDA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND DISCOVERY CUT-OFF AND DISPOSITIVE MOTIONS DEADLINE**
( Docket No. 24 )

---

The Court having reviewed the Defendant's Unopposed Motion to Extend Discovery Cut-Off and Dispositive Motions Deadline and the file herein, hereby grants the Motion. The discovery cut-off his hereby extended until November 30, 2011, and the dispositive motions deadline is hereby extended until December 16, 2011.

Dated this 11th day of October, 2011.

By the Court:

_____
Michael J. Watanabe
United States Magistrate Judge