IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-00016-WYD-MJW

MARK IRLANDA,

Plaintiff(s),

v.

CORRECTIONS CORPORATION OF AMERICA,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate and Reschedule the November 15, 2011 Settlement Conference, DN 28, filed with the court on November 7, 2011, is GRANTED.   The Settlement Conference set on November 15, 2011, at 1:30 p.m., is VACATED and is RESET on January 19, 2012, at 10:00 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.    Counsel are reminded that persons with complete settlement authority shall be present in person for the settlement conference.

It is FURTHER ORDERED that Confidential Settlement Statements shall be submitted to the court on or before January 13, 2012.

Date:  November 7, 2011