IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-0016-WYD-MJW

MARK IRLANDA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION
TO VACATE SETTLEMENT CONFERENCE** ( Docket No. 32 )

---

This matter comes before the Court on Defendant's Unopposed Motion to Vacate Settlement Conference filed January 5, 2012. The Court hereby Orders as follows:

The Motion is granted. The Settlement Conference scheduled for January 19, 2012, at 10:00 a.m. is hereby vacated.

DATED THIS 9th day of January, 2012.

BY THE COURT:

/s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge