IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00016-WYD-MJW

MARK IRLANDA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Motion to Correct Defendant's Reply in Support of Motion for Summary Judgment, filed March 7, 2012 [ECF No. 44], is **GRANTED**. Defendant may file the corrected Reply, attached to the motion at 44-1.

    Dated: March 8, 2012.