**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 11-cv-00016-LTB-MJW

MARK IRLANDA,

        Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

        Defendant.

---

**ORDER**

---

      Pursuant to Counsel's Notice of Settlement (Doc 71) and representations made in open court on January 25, 2013, this will confirm that this matter has been settled and the trial set **February 4, 2013 is VACATED**. Settlement/dismissal papers shall be submitted by February 1, 2013.

      IT IS FURTHER ORDERED that the Writ of Habeas Corpus Ad Testificandum issued by this Court on January 22, 2013 (Doc 66) is VACATED.

                                   BY THE COURT:

                                   s/Lewis T. Babcock
                                   LEWIS T. BABCOCK, Judge

DATED: January 25, 2013