**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 11-cv-00016-LTB-MJW

MARK IRLANDA,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA,

    Defendant.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulation to Dismiss With Prejudice (Doc 78 - filed February 14, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                  _s/ Lewis T. Babcock_
                                  LEWIS T. BABCOCK, Judge

DATED: February 15, 2013